UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No: 1:12-cr-31

v.                                                  HON. JANET T. NEFF

EDWIN ELLIOTT WOLF,

       Defendant.
       _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed February 29, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 12) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One and Count Two of the Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: March 19, 2012                          /s/Janet T. Neff
                                                          JANET T. NEFF
                                                          UNITED STATES DISTRICT JUDGE